# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Moises Peralta-Ramos**<br>YOB: 1963; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>22-07379MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 3, 2022, at or near Cowlic, in the District of Arizona, **Moises Peralta-Ramos**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on February 27, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Moises Peralta-Ramos** is a citizen of Mexico. On February 27, 2018, **Moises Peralta-Ramos** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On June 3, 2022, agents found **Moises Peralta-Ramos** in the United States at or near Cowlic, Arizona, without the proper immigration documents. **Moises Peralta-Ramos** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>June 6, 2022 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54